| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

UNITED STATES OF AMERICA, *ex rel.* §
ROBERT HENDRIX, §
§
    Plaintiff, §
§
*versus* §    CIVIL ACTION NO. 1:21-CV-47
§
DYNCORP INTERNATIONAL, LLC, §
DAMCO U.S.A., INC., and DIPLOMAT §
FREIGHT SERVICES INC., §
§
    Defendants. §

## ORDER OF DISMISSAL

The United States, having intervened in part in this action for the purpose of effectuating the settlement agreement (the "Settlement Agreement") among the United States, relator Robert Hendrix, Robert Reddell, and defendants DynCorp International, LLC ("DynCorp"), and Damco U.S.A., Inc. ("Damco"); the United States and relator Robert Hendrix having filed a Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a); and the United States having consented to dismissal with respect to relator Robert Hendrix's allegations in the Complaint not covered by the Settlement Agreement;

Now therefore, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), IT IS HEREBY ORDERED that:

1. Relator Hendrix's Complaint, the United States' Notice of Partial Intervention, the Joint Stipulation of Dismissal, and this Order be unsealed;

2. All other contents of the Court's file in this action shall remain under seal;

3. All other matters occurring in this action after the date of this Order shall be filed publicly and not under seal;

4. Consistent with the terms of the Settlement Agreement, the False Claims Act claims asserted by relator Robert Hendrix in this action, on behalf of the United States and against defendants DynCorp and Damco, for the Covered Conduct as defined in Paragraph I of the Settlement Agreement, are dismissed with prejudice;

5. Consistent with the terms of the Settlement Agreement, the False Claims Act claims asserted by relator Robert Hendrix in this action, on behalf of the United States and against defendants DynCorp and Damco, other than for the Covered Conduct, are dismissed with prejudice to relator Hendrix and without prejudice to the United States;

6. The remaining False Claims Act claims asserted by relator Robert Hendrix, on behalf of the United States and against defendant Diplomat Freight Services, Inc., are dismissed with prejudice to relator Robert Hendrix and without prejudice to the United States; and

7. The Court retains jurisdiction to enforce the Settlement Agreement.

SIGNED at Beaumont, Texas, this 26th day of July, 2022.

*Marcia A. Crone*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE